# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION
_____

**INNOVATION VENTURES, LLC**
**d/b/a LIVING ESSENTIALS**,
a Michigan limited liability company,

       *Plaintiff,*

vs.

       Hon.  <u>Paul D. Borman</u>

       Civ. Action No. <u>2:08-CV-10983</u>

**N2G DISTRIBUTING, INC.**
a California corporation,
**ALPHA PERFORMANCE LABS**
a Nevada corporation, and
**JEFFREY DIEHL,**

       *Defendants.*

       ***JURY TRIAL DEMANDED***

_____

| | |
|---|---|
| MARK A. CANTOR    (P32661) | JEFFREY G. HEUER    (P14925) |
| MARC LORELLI    (P63156) | PETER M. FALKENSTEIN    (P61375) |
| **BROOKS KUSHMAN P.C.** | **JAFFE RAITT HEUER & WEISS P.C.** |
| 1000 Town Center | 27777 Franklin Road |
| Twenty-Second Floor | Suite 2500 |
| Southfield, Michigan  48075 | Southfield, Michigan 48034 |
| (248) 358-4400 | (248) 351-3300 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |



**Brooks Kushman P.C.**
1000 Town Center, 22ᶮᵈ Fl.
Southfield, MI 48075-1238
USA

Tel    (248) 358-4400
Fax    (248) 358-3351

www.brookskushman.com

# SECOND AMENDED COMPLAINT
# <u>AND JURY DEMAND</u>

Plaintiff, Innovation Ventures, LLC d/b/a Living Essentials, does hereby allege for its Second Amended Complaint against the Defendants as follows:

### I. THE PARTIES AND JURISDICTION

1.      Plaintiff, Innovation Ventures, LLC d/b/a Living Essentials (hereinafter "Living Essentials"), is a Michigan limited liability company, having its principal offices at 46570 Humboldt Drive, Novi, Michigan 48377.

2.      On information and belief, Defendant, N2G Distributing, Inc., is a California corporation, having its principal place of business at 8020 Palm Avenue, Suite D, Highland, California 92346.

3.      On information and belief, Defendant Alpha Performance Labs, is a Nevada corporation, having its principal place of business at 5448 Painted Gorge Drive, Las Vegas, Nevada 89149.

4.      On information and belief, Defendant Jeffrey Diehl is a resident of the city of Las Vegas in the State of Nevada.  Defendant Diehl is the President and CEO of N2G Distributing, Inc. and the principal of Alpha Performance Labs.

5.      Defendants distribute, offer for sale and sell the accused supplements as described herein (see paragraphs 21 and 32) in the United States, in the State of Michigan and this District.



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel     (248) 358-4400
Fax    (248) 358-3351

www.brookskushman.com

6. This Court has subject matter jurisdiction over the claims herein pursuant to 15 U.S.C. §§ 1121, 28 U.S.C. §1331, 28 U.S.C. § 1338(a) and 17 U.S.C. § 101 *et seq* in that this case arises under the trademark and copyright laws of the United States.

7. This Court has personal jurisdiction over the Defendants because the Defendants are conducting business in the State of Michigan and this District as alleged above, and are committing acts of infringement in this District. To the extent not already established on the record in hand, the factual contentions of paragraph 5 above are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery.



**Brooks Kushman P.C.**
1000 Town Center, 22ⁿᵈ Fl.
Southfield,  MI 48075-1238
USA

Tel     (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

## II.  <u>FACTUAL BACKGROUND</u>

**A.**      <u>Living Essentials and Its Asserted Trademark, Trade Dress and Copyright</u>

8.      Living Essentials is a national marketer and distributor of nutritional and dietary supplements sold under its many trademarks.

9.      Living Essentials is the current owner of the 5 HOUR ENERGY® trademark used by Living Essentials since at least 2004 as a trademark for use with the 5 HOUR ENERGY® supplements, including 5 HOUR ENERGY® Extra Strength.

10.      The 5 HOUR ENERGY® trademark was duly and lawfully registered and is currently registered on the Supplemental Register of the United States Patent and Trademark Office on September 27, 2005 as U.S. Registration No. 3,003,077 ("the '077 registration").  A copy of the Certificate of Registration for this Trademark is attached hereto as Exhibit A.

11.      Living Essentials has used the 5 HOUR ENERGY® trademark of the '077 registration as its trademark continuously since at least 2004 to the present.

12.      The 5 HOUR ENERGY® Trademark symbolizes business goodwill of Living Essentials, and is an intangible asset of substantial commercial value.

13.      Living Essentials is the current owner of the 5 HOUR ENERGY® Packaging Trade Dress used since at least 2004 by Living Essentials as packaging for its 5 HOUR ENERGY® products.  Living Essentials introduced an extra strength version of the 5 HOUR ENERGY® in 2008.



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel      (248) 358-4400
Fax      (248) 358-3351

www.brookskushman.com

14.    The 5 HOUR ENERGY® Packaging Trade Dress consists of the packaging illustrated below:




15.    The 5 HOUR ENERGY® Packaging Trade Dress is arbitrary, non-functional, and distinctive.

16.    The 5 HOUR ENERGY® Packaging Trade Dress has been extensively and continuously used by Living Essentials since at least 2004, is inherently distinctive, and has become distinctive through the acquisition of "secondary meaning."

17.    The 5 HOUR ENERGY® Packaging Trade Dress symbolizes business goodwill of Living Essentials, and is an intangible asset of substantial commercial value.

18.    Since 2004, long prior to the acts of the Defendants herein alleged, Living Essentials and its authorized distributors, dealers, and licensees have used the 5 HOUR ENERGY® Trademark and Packaging Trade Dress alone or in combination, or in connection with its supplements, including in connection with promotion, marketing and advertising of



**Brooks Kushman P.C.**
1000 Town Center, 22ⁿᵈ Fl.
Southfield, MI 48075-1238
USA

Tel    (248) 358-4400
Fax    (248) 358-3351

www.brookskushman.com

supplements, for sale in the United States and Canada, including this District.  These products are hereinafter collectively referred to as the "5 HOUR ENERGY® Products."

19.     Sales, advertising and promotion of the 5 HOUR ENERGY® Products since 2004 have amounted to well over $100 million dollars.

20.     As a result of such continuous use and extensive sales, advertising and promotion of the 5 HOUR ENERGY® Trademark and Packaging Trade Dress by Living Essentials, its authorized dealers, licensees, and distributors, the marks and products associated with the 5 HOUR ENERGY® Trademark and Packaging Trade Dress enjoy recognition and notoriety in the United States and Canada, and are recognized by the public as emanating from Living Essentials.

21.     The 5 HOUR ENERGY® Trademark and Packaging Trade Dress are famous marks and represent property of great value and goodwill to Living Essentials.

22.     The 5 HOUR ENERGY® product includes a caution message on its label.  This message appears in the photograph below.





**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel    (248) 358-4400
Fax    (248) 358-3351

www.brookskushman.com

-5-

23.     On March 27, 2008, Living Essentials obtained copyright registration TX-6-833-514 for the caution label displayed on its bottles, which is attached hereto as Exhibit B.

**B.     Defendants' Activities**

24.     Subsequent to Living Essentials' use of the 5 HOUR ENERGY® Trademark and Packaging Trade Dress as above alleged, and with actual knowledge of Living Essentials' use of the 5 HOUR ENERGY® Trademark and Packaging Trade Dress, and counterfeits thereof, and with the intent to misrepresent the source of Defendants' goods, Defendants copied, adopted and are using the 5 HOUR ENERGY®Trademark and Packaging Trade Dress in connection with the advertising, offering for sale and sale of supplements in the United States, in the State of Michigan, and this District.   A photograph of Defendants' packaging is illustrated below:






**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel     (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

25.     With actual knowledge of Living Essentials' use of the 5 HOUR ENERGY® Trademark and Packaging Trade Dress, and counterfeits thereof, and with the intent to misrepresent the source of Defendants' goods, Defendant Diehl directly participated in the infringement of the 5 HOUR ENERGY® Trademark and Packaging Trade Dress and/or induced, caused, or materially contributed to the infringement of the 5 HOUR ENERGY ® Trademark and Packaging Trade Dress by another.

26.     Defendants have no consent, license, approval or other authorization to use the 5 HOUR ENERGY® Trademark and Packaging Trade Dress in connection with their products. On April 9, 2008, the United States District Court entered a preliminary injunction regarding the 5 HOUR ENERGY® Trade Dress. In violation of that Order, Defendants modified its label such that it still is likely to cause confusion in its use of Living Essentials' mountain sunrise design and color scheme. Defendants' new product is illustrated below:





**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel     (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

-7-

27.     Defendants' use of the famous 5 HOUR ENERGY®Trademark and Packaging Trade Dress as alleged in the foregoing paragraphs clearly shows the willful intent of the Defendants to misrepresent the source of Defendants' goods so as to cause confusion, mistake or to deceive as to Defendants' connection or association with Living Essentials.

28.     Defendants have copied and induced others to copy, without authorization from Living Essentials, the copyrighted caution label owned by Living Essentials.  The caution labels for 5 HOUR ENERGY®  and many of Defendants' products are identical, including Defendants' "6 hour energy" shot, "Nitro 2 Go Instant Energy" shot, and "Pure Energy Fast Acting" shot, as illustrated below:



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield,  MI 48075-1238
USA

Tel      (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

**LIVING ESSENTIALS**                    **DEFENDANTS**

**5 HOUR ENERGY®**

**6 Hour Energy**

**Nitro 2 Go Instant Energy**

**Pure Energy**



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel     (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

29.     Defendant Diehl directly participated in the infringement of Living Essentials' copyright and/or knowingly and intentionally induced, caused, or materially contributed to the infringement by another.

30.     Defendant Diehl is personally liable for the aforementioned trademark, trade dress, and copyright infringement by virtue of: (1) his direct participation; (2) his knowing and intentional inducement of or material contribution to the infringement; (3) vicarious liability; (4) his status as an alter ego of N2G and Alpha Labs; and/or (5) the doctrine of piercing the corporate veil.



**Brooks Kushman P.C.**
1000 Town Center, 22ⁿᵈ Fl.
Southfield,  MI 48075-1238
USA

Tel     (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

### III.  COUNT I
### FEDERAL TRADEMARK INFRINGEMENT
### AND COUNTERFEITING UNDER 15 U.S.C. § 1114

31.     The allegations of paragraphs 1-30 are incorporated herein by reference.

32.     Living Essentials demands that Defendants refrain from the use of the 5 HOUR ENERGY® Trademark and counterfeits of the 5 HOUR ENERGY® Trademark as described above.  Despite Living Essentials' well known prior rights in the 5 HOUR ENERGY® Trademark, Defendants have, without the consent of Living Essentials, used and continue to use in commerce, the 5 HOUR ENERGY® Trademark, or counterfeits, copies, reproductions or colorable imitations thereof in connection with the sale, offering for sale, distribution, and advertising of the Defendants' products and services.

33.     Defendants' actions constitute willful infringement of Living Essentials' exclusive rights in the 5 HOUR ENERGY® Trademark in violation of 15 U.S.C. § 1114.

34.     Defendants' use of the 5 HOUR ENERGY® Trademark, counterfeits, copies, reproductions, or colorable imitations thereof has been and continues to be done with the intent to cause confusion, mistake, and to deceive customers concerning the source and/or sponsorship of Defendants' products and services.  Defendants have used counterfeits of the 5 HOUR ENERGY® Trademark in connection with their products and services with the knowledge that the marks are counterfeit and with the intent to use counterfeits.  Accordingly, this is an exceptional case within the meaning of 15 U.S.C. § 1117(a).



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel     (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

35.     As a direct and proximate result of Defendants' conduct, Living Essentials has suffered irreparable harm to the valuable 5 HOUR ENERGY® Trademark and Packaging Trade Dress and its reputation in the industry.  Unless Defendants are restrained from further infringement of the 5 HOUR ENERGY® Trademark, Living Essentials will continue to be irreparably harmed.

36.     Living Essentials has no adequate remedy at law that will compensate for the continued and irreparable harm it will suffer if Defendants' acts are allowed to continue.

37.     As a direct and proximate result of Defendants' conduct, Living Essentials has suffered and will continue to suffer damages to the valuable 5 HOUR ENERGY® Trademark, damage and injury to its business, substantial loss of revenue and profit, and other damages in an amount to be proved at trial.

**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield,  MI 48075-1238
USA

Tel     (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

-12-

## IV.  COUNT II
## FALSE DESIGNATION OF ORIGIN OR SPONSORSHIP,
## FALSE ADVERTISING, AND TRADE DRESS
## <u>INFRINGEMENT UNDER 15 U.S.C. § 1125(a)</u>

38.     The allegations of paragraphs 1-37 are incorporated herein by reference.

39.     Defendants have knowingly used and continue to use in commerce the 5 HOUR ENERGY® Trademark and Packaging Trade Dress, or counterfeits, reproductions, copies, or colorable imitations thereof, in connection with the products and services that the Defendants manufacture, advertise, promote, and sell.  Defendants have used counterfeits of the 5 HOUR ENERGY® Trademark and Packaging Trade Dress knowing that the marks used are counterfeits and with the intent to use counterfeits of the 5 HOUR ENERGY®Trademark and Packaging Trade Dress.  Defendants' actions render this case exceptional within the meaning of 15 U.S.C. § 1117(a).  Plaintiff's products and Defendants' copies are set forth below.



**Brooks Kushman P.C.**
1000 Town Center, 22ⁿᵈ Fl.
Southfield,  MI 48075-1238
USA

Tel      (248) 358-4400
Fax      (248) 358-3351

www.brookskushman.com

**A.**   <u>**LIVING ESSENTIALS**</u>          <u>**DEFENDANTS**</u>

     

**B.**   <u>**LIVING ESSENTIALS**</u>          <u>**DEFENDANTS**</u>

      



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel     (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

-14-

40.     Defendants' use of the 5 HOUR ENERGY® Trademark and 5 HOUR ENERGY® Packaging Trade Dress alleged above is likely to confuse, mislead, or deceive customers, purchasers, and members of the general public as to the origin, source, sponsorship, or affiliation of Defendants' products, and is likely to cause such people to believe in error that Defendants' products have been authorized, sponsored, approved, endorsed, or licensed by Living Essentials or that the Defendants are in some way affiliated with Living Essentials or with the 5 HOUR ENERGY® brand.

41.     Defendants' acts constitute false and misleading descriptions, false advertising, and false designations of the origin and/or sponsorship of Defendants' goods, and constitute trade dress infringement in violation of 15 U.S.C. § 1125(a).

42.     By reason of Defendants' actions, Living Essentials has suffered irreparable harm to the valuable 5 HOUR ENERGY® Trademark and Packaging Trade Dress. Unless Defendants are restrained from their actions, Living Essentials will continue to be irreparably harmed.

43.     Living Essentials has no remedy at law that will compensate for the continued and irreparable harm that will be caused if Defendants' acts are allowed to continue.

44.     As a direct and proximate result of Defendants' conduct, Living Essentials has suffered and will continue to suffer damages to the valuable 5 HOUR ENERGY® Trademark and Packaging Trade Dress, damage and injury to its business, substantial loss of revenue and profit, and other damages in an amount to be proved at trial.



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel    (248) 358-4400
Fax    (248) 358-3351

www.brookskushman.com

## V.  COUNT III
## COMMON LAW TRADEMARK INFRINGEMENT

45.     The allegations of paragraphs 1-44 are incorporated herein by reference.

46.     Living Essentials was the first to use the 5 HOUR ENERGY® Trademark and Packaging Trade Dress or any mark similar thereto in association with the sale of any product and service.  As a result of the continued sale by Living Essentials of 5 HOUR ENERGY® Products bearing the 5 HOUR ENERGY® Trademark and Packaging Trade Dress since approximately 2004, the 5 HOUR ENERGY® Trademark and Packaging Trade Dress have become widely known and Living Essentials has become identified in the public mind as the manufacturer and/or licensor of the products to which the 5 HOUR ENERGY® Trademark and Packaging Trade Dress are applied.

47.     As a result of the experience, care, and service of Living Essentials in producing 5 HOUR ENERGY® Products, 5 HOUR ENERGY® Products have become widely known and have acquired a worldwide reputation for quality, durability, and performance. Moreover, the 5 HOUR ENERGY® Trademark and Packaging Trade Dress have become associated with 5 HOUR ENERGY® Products, and have come to symbolize the reputation for quality and excellence of 5 HOUR ENERGY® Products.  As such, the 5 HOUR ENERGY®Trademark and Packaging Trade Dress have become distinctive.

48.     Defendants, with knowledge of and with intentional disregard of Living Essentials' rights, continue to advertise, promote, and sell products and services using the 5



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel       (248) 358-4400
Fax      (248) 358-3351

www.brookskushman.com

HOUR ENERGY® Trademark and Packaging Trade Dress or counterfeits and confusing imitations thereof.  Such acts by the Defendants  have caused and continue to cause confusion as to the source and/or sponsorship of Defendants' products.

49.     Defendants' acts constitute willful infringement of Living Essentials exclusive rights in the 5 HOUR ENERGY® Trademark and Packaging Trade Dress, in violation of the common law.  By reason of Defendants' actions, Living Essentials has suffered irreparable harm to the valuable 5 HOUR ENERGY® Trademark and Packaging Trade Dress.  Unless Defendants are restrained from further infringement of the 5 HOUR ENERGY® Trademark and Packaging Trade Dress, Living Essentials will continue to suffer irreparable harm.

50.     Living Essentials has no remedy at law that will adequately compensate it for the irreparable harm that it will suffer if Defendants' conduct is allowed to continue.

51.     As a direct and proximate result of Defendants' conduct, Living Essentials has suffered and will continue to suffer damages to the valuable 5 HOUR ENERGY® Trademark and Packaging Trade Dress, damage and injury to its business, substantial loss of revenue and profit, and will continue to suffer other damages in an amount to be proved at trial.

**B|K**

**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield,  MI 48075-1238
USA

Tel     (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

-17-

## VI.  COUNT IV
## <u>COPYRIGHT INFRINGEMENT</u>

52.     The allegations of paragraphs 1-51 are incorporated herein by reference.

53.     Living Essentials' caution label is an original work created by and for Living Essentials and owned by Living Essentials.

54.     Living Essentials' caution label is a work subject to protection under the Federal Copyright Act 17 U.S.C. § 101 *et seq.*

55.     Living Essentials has complied with all aspects of the law of copyright, and secured the exclusive rights and privileges in and to the copyright of its caution label and has received from the Register of Copyrights, the certificate of registration identified above and attached as Exhibit B.

56.     Defendants have copied and induced others to copy, without authorization from Living Essentials, the copyrighted caution label owned by Living Essentials.

57.     On information and belief, Defendants used Living Essentials' caution label knowing that it was the copyrighted work of Living Essentials and Living Essentials had not given permission for its use or copying to Defendants.

58.     Defendants' acts infringe Living Essentials' copyright.

59.     Defendants' infringement is willful.



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel      (248) 358-4400
Fax      (248) 358-3351

www.brookskushman.com

-18-

60.     By reason of Defendants' acts, Living Essentials has suffered and will continue to suffer damage and injury to its business, and will sustain substantial loss of revenue and profit.

61.     Defendants have profited and have been unjustly enriched as a result of their infringement of the caution label copyright.

62.     Unless enjoined by this court, Defendants will continue to commit the acts complained of herein and cause said damages and injury, all to the immediate and irreparable harm of Living Essentials.  Living Essentials has no adequate remedy at law for Defendant's wrongful acts.

63.     Additionally, in the alternative, Living Essentials has suffered damages in an amount to be determined at trial.



**Brooks Kushman P.C.**
1000 Town Center, 22ⁿᵈ Fl.
Southfield,  MI 48075-1238
USA

Tel     (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

-19-

## VII.  COUNT V
## <u>INDUCEMENT OF TRADEMARK INFRINGEMENT</u>

64.     The allegations of paragraphs 1-63 are incorporated herein by reference.

65.     Defendant Diehl actively and knowingly induced infringement of Living Essentials' 5 HOUR ENERGY® Trademark.

66.     Defendant Diehl's inducement of infringement was willful.

67.     Defendant Diehl derived a financial benefit from the infringement and has been unjustly enriched as a result of his inducement of trademark infringement.

68.     By reason of Defendant Diehl's acts, Living Essentials has suffered and will continue to suffer damage and injury to its business and will sustain substantial loss of revenue and profit.

69.     Living Essentials has no adequate remedy at law for Defendant Diehl's wrongful acts.



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield,  MI 48075-1238
USA

Tel     (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

-20-

## VIII.  COUNT VI
## <u>INDUCEMENT OF TRADE DRESS INFRINGEMENT</u>

70.     The allegations of paragraphs 1-69 are incorporated herein by reference.

71.     Defendant Diehl actively and knowingly induced infringement of Living Essentials' 5 HOUR ENERGY® Packaging Trade Dress.

72.     Defendant Diehl's inducement of infringement was willful.

73.     Defendant Diehl derived a financial benefit from the infringement and has been unjustly enriched as a result of his inducement of trade dress infringement.

74.     By reason of Defendant Diehl's acts, Living Essentials has suffered and will continue to suffer damage and injury to its business and will sustain substantial loss of revenue and profit.

75.     Living Essentials has no adequate remedy at law for Defendant Diehl's wrongful acts.



**Brooks Kushman P.C.**
1000 Town Center, 22ⁿᵈ Fl.
Southfield,  MI 48075-1238
USA

Tel      (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

### IX.  COUNT VII
### CONTRIBUTORY COPYRIGHT INFRINGEMENT
### AND/OR VICARIOUS LIABILITY FOR
### <u>COPYRIGHT INFRINGEMENT</u>

76.     The allegations of paragraphs 1-75 are incorporated herein by reference.

77.     Defendant Diehl is subject to contributory liability because he directly participated in the infringement of Living Essentials' copyright and/or knowingly and intentionally induced, caused, or materially contributed to the infringing activity of another. Alternatively, Defendant Diehl is vicariously liable for the infringement of Living Essentials' copyright.

78.     Defendant Diehl's inducement of infringement was willful.

79.     Defendant Diehl derived a financial benefit from his contributory or vicarious involvement in the infringing activities and he has been unjustly enriched as a result.

80.     Defendant Diehl used N2G and/or Alpha Labs as an instrument to carry out a deliberate infringement of copyright, he was the dominant influence in both corporations, he had the right and ability to supervise the infringing activities, and/or he determined policies which resulted in the infringement.

81.     By reason of Defendant Diehl's acts, Living Essentials has suffered and will continue to suffer damage and injury to its business and will sustain substantial loss of revenue and profit.

82.     Living Essentials has no adequate remedy at law for Defendant Diehl's wrongful acts.



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel    (248) 358-4400
Fax    (248) 358-3351

www.brookskushman.com

## VII.  <u>DEMAND FOR RELIEF</u>

WHEREFORE, Living Essentials demands entry of a judgment granting relief against the Defendants as follows:

A.      A determination that Defendants have willfully and deliberately violated 15 U.S.C. § 1114, that Living Essentials has been damaged by such violation, and that the Defendants are liable to Living Essentials for such violation;

B.      A determination that the Defendants have violated 15 U.S.C. § 1125(a), that Living Essentials has been damaged by such violations, and that the Defendants are liable to Living Essentials for such violations;

C.      A determination that the Defendants have committed common law trademark infringement, that Living Essentials has been damaged by such infringement, and that Defendants are liable to Living Essentials for common law trademark infringement;

D.      A determination that Defendant Diehl induced trademark and trade dress infringement;

E.      A determination that Defendants have infringed the copyrighted work;

F.      A determination that Defendant Diehl contributorily or vicariously infringed the copyrighted work;

G.      A determination that the Defendants' copyright infringement was willful.

H.      A determination that this case is "exceptional," in the sense of 15 U.S.C. § 1117(a);



**Brooks Kushman P.C.**
1000 Town Center, 22ⁿᵈ Fl.
Southfield, MI 48075-1238
USA

Tel       (248) 358-4400
Fax      (248) 358-3351

www.brookskushman.com

I.      A determination that Defendant Diehl is personally liable for the willful and deliberate violations of 15 U.S.C. § 1114, 15 U.S.C. § 1125(a), common law trademark infringement, copyright infringement, inducement of trademark and trade dress infringement, and/or contributory or vicarious copyright infringement;

J.      Under all claims for relief, that injunction be temporarily, preliminarily, and permanently issued enjoining Defendants, their officers, employees, agents, successors and assigns, and all those in active concert and participation with them, and each of them who receives notice directly or otherwise of such injunctions, from:

(1)     imitating, copying, or making any unauthorized use of the 5 HOUR ENERGY® Trademark and Packaging Trade Dress;

(2)     importing, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any service or product using any simulation, reproduction, counterfeit, copy, or colorable imitation of either the 5 HOUR ENERGY® Trademark and Packaging Trade Dress;

(3)     using any simulation, reproduction, counterfeit, copy or colorable imitation of the 5 HOUR ENERGY® Trademark and Packaging Trade Dress in connection with the promotion, advertisement, display, sale, offer for sale, manufacture, production, circulation or distribution of any product or service;

(4)     using any false designation of origin or false description (including, without limitation, any letters, symbols, or designs constituting the 5 HOUR ENERGY® Trademark and Packaging Trade Dress) or performing any act, which can,



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel     (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

or is likely to, lead members of the trade or public to believe that any service or product manufactured, distributed or sold by Defendants are in any manner associated or connected with Living Essentials, the 5 HOUR ENERGY® brand, or the 5 HOUR ENERGY® Trademark and Packaging Trade Dress, or is sold, manufactured, licensed, sponsored, approved or authorized by Living Essentials.

K.      For an order directing that Defendants deliver for destruction all products, labels, tags, signs, prints, packages, videos, and advertisements in their possession or under their control, bearing or using the 5 HOUR ENERGY® Trademark and Packaging Trade Dress or any simulation, reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices and other means of making the same, pursuant to 15 U.S.C. § 1118;

L.      For an order directing the destruction of any infringing articles pursuant to 17 U.S.C. §503;

M.      For an order directing such other relief as the Court may deem appropriate to prevent the trade and public from deriving the erroneous impression that any service or product manufactured, sold or otherwise circulated or promoted by Defendants are authorized by Living Essentials or related in any way to 5 HOUR ENERGY® Products;

N.      For an Order directing the Defendants and their agents, employees, servants, attorneys, successors, and assigns, and all others in privity or acting in concert therewith, to file with this Court, and serve upon Living Essentials' counsel within thirty (30) days after entry of such judgment, a written report under oath, setting forth in detail the manner and form in which they have complied with such judgment;



Brooks Kushman P.C.
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel     (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

-25-

O.      An Order permitting Living Essentials, and/or auditors of Living Essentials, to audit and inspect the books, records, and premises of the Defendants and related entities for a period of six (6) months after entry of final relief in this matter, to determine the scope of the Defendants' past use of Living Essentials' intellectual property, including all manufacturing, distribution, and sales of products bearing the 5 HOUR ENERGY® Trademark and Packaging Trade Dress, as well as the Defendants' compliance with the orders of this Court;

P.      For an award of Living Essentials' costs and disbursements incurred in this action, including Living Essentials' reasonable attorney's fees;

Q.      For an award of Living Essentials' damages trebled or, alternatively, an award of Defendants' wrongful profits trebled, whichever is greater, plus Living Essentials' costs and attorney's fees, pursuant to 15 U.S.C. § 1117;

R.      For an award to Living Essentials of its costs incurred in this action, including an award of reasonable attorney fees under 17 U.S.C. § 505;

S.      For an award of Living Essentials' damages arising out of Defendants' acts;

T.      For an award of damages under 17 U.S.C. § 504 for copyright violations;

U.      For an order requiring Defendants to file with the Court and provide to Living Essentials an accounting of all sales and profits realized by Defendants through the use of the 5 HOUR ENERGY® Trademark and Packaging Trade Dress and any counterfeits thereof;



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel      (248) 358-4400
Fax      (248) 358-3351

www.brookskushman.com

-26-

V.      For an award of interest, including pre-judgment interest on the foregoing sums;

W.      For such other and further relief as the Court may deem just and appropriate.



**Brooks Kushman P.C.**
1000 Town Center, 22ⁿᵈ Fl.
Southfield,  MI 48075-1238
USA

Tel     (248) 358-4400
Fax     (248) 358-3351

www.brookskushman.com

## VII.  DEMAND FOR JURY

Plaintiff, Living Essentials, demands a trial by jury for all issues so triable.

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

By:  /s/ Marc Lorelli

| | |
|---|---|
| **MARK A. CANTOR** | **(P32661)** |
| **MARC LORELLI** | **(P63156)** |

1000 Town Center
Twenty-Second Floor
Southfield, Michigan  48075
(248) 358-4400
Email: mcantor@brookskushman.com
        mlorelli@brookskushman.com

*Attorneys for Plaintiff*

Dated:   August 1, 2008



Brooks Kushman P.C.
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel    (248) 358-4400
Fax    (248) 358-3351

www.brookskushman.com

-28-

## <u>CERTIFICATE OF ELECTRONIC SERVICE</u>

I hereby certify that on __August 1, 2008__, I electronically filed the foregoing **SECOND AMENDED COMPLAINT AND JURY DEMAND** with the Clerk of the Court for the Eastern District of Michigan using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing: Mark A. Cantor, Peter M. Falkenstein, Jeffrey G. Heuer, Marc Lorelli, Jonathan C. Myers.  I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System: None.

**BROOKS KUSHMAN P.C.**

By: _/s/ Marc Lorelli_____
      MARK A. CANTOR     (P32661)
      MARC LORELLI       (P63156)
      1000 Town Center, Twenty-Second Floor
      Southfield, Michigan 48075
      (248) 358-4400; (248) 358-3351 (fax)
      E-mail: mantor@brookskushman.com
            mlorelli@brookskushman.com

*Attorneys for Plaintiff*



**Brooks Kushman P.C.**
1000 Town Center, 22nd Fl.
Southfield, MI 48075-1238
USA

Tel    (248) 358-4400
Fax   (248) 358-3351

www.brookskushman.com