# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

INNOVATION VENTURES, INC. d/b/a
LIVING ESSENTIALS,

          Plaintiff,

v.

N2 DISTRIBUTING, INC. and ALPHA
PERFORMANCE LABS,

          Defendants.
_____ /

Case Number: 08-10983

JUDGE PAUL D. BORMAN
UNITED STATES DISTRICT COURT

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING DISQUALIFICATION OF DEFENDANT'S ATTORNEYS, DICKINSON WRIGHT

1. The matter at issue – IP representation is substantially related to Dickinson Wright's representation of Plaintiff less than one year ago. The very same product is involved.

2. Dickinson Wright had an attorney-client relationship with Plaintiff.

3. The same Dickinson Wright IP partner represented both parties to the instant case – obviously no protective wall was erected to protect against any breach of attorney-client information.

These factors support the Court's Order of disqualification of July 31, 2009, whether or not the product formula was in the public domain.

This Court finds no palpable defect that requires a different result.

1

SO ORDERED.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: September 10, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 10, 2009.

S/Denise Goodine
Case Manager