UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOVATION VENTURES, LLC,
d/b/a LIVING ESSENTIALS,

    Plaintiff,                                        Civil Action No.
                                                 08-CV-10983
vs.

N2G DISTRIBUTING, INC., et al.,          PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

    Defendants.
_____/

## **ORDER AFFIRMING THE MAGISTRATE JUDGE'S JULY 10, 2009, ORDER**

Now before the Court is the July 10, 2009, Order of Magistrate Judge Michael Hluchaniuk, in which the Magistrate Judge ordered as follows: (1) Plaintiff's proposed supplemental fourth amended complaint may be filed as the fourth amended complaint in this matter; (2) Defendant's motion to amend its answer, including affirmative defenses and counterclaim, is granted, and Defendant shall answer the supplemental fourth amended complaint; and (3) Defendant's request for costs and fees is denied.

Having reviewed this matter under the "clearly erroneous" and "contrary to law" standards pursuant to Fed. R. Civ. P. 72(a), the Court finds, over Defendant's objections, that Magistrate Judge Hluchaniuk has thoroughly analyzed the issues and has reached the proper conclusions for the proper reasons. Accordingly, the Magistrate Judge's July 10, 2009, Order is affirmed in its entirety. The complaint governing this action is the supplemental fourth amended complaint, which shall hereinafter be referred to by the parties as the Fourth Amended Complaint. Defendant shall answer,

1

or otherwise respond to, the Fourth Amended Complaint within thirty days of today's date.

    SO ORDERED.

                                            S/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: March 10, 2010

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 10, 2010.

                                            S/Denise Goodine
                                            Case Manager