UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOVATION VENTURES, LLC,
d/b/a LIVING ESSENTIALS,

    Plaintiff,

vs.

N2G DISTRIBUTING, INC., and
ALPHA PERFORMANCE LABS,

    Defendants.
_____/

Civil Action No.
08-CV-10983

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

### ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Dkt. No. 404); and (2) GRANTING PLAINTIFF'S MOTION FOR DETERMINATION OF THE AMOUNT OF ATTORNEY FEES TO BE AWARDED (Dkt. No. 363)

Before the Court is Magistrate Judge Michael Hluchaniuk's Report and Recommendation. (Dkt. No. 404.) The parties were served with the Report and Recommendation on May 16, 2013.

Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, and **GRANTS** Plaintiff's Motion for Determination of the Amount of Attorney Fees to be Awarded (Dkt. No. 363).

The Court further **ORDERS** that Plaintiff is awarded $1,123,445.75 in attorney fees

against Defendants N2G Distributing, Inc., and Alpha Performance Labs, jointly and severally.

**SO ORDERED**.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 29, 2013

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 29, 2013.

s/Deborah Tofil
Case Manager